

Ben G. Levy, Houston, Tex., for plaintiff-appellant.

Tommy B. Duke, A. J. Harper, II, Houston, Tex., for defendant-appellee; Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., of counsel.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

Edward J. Witten, Jacksonville, Fla. (court-appointed), for defendant-appellant.

John L. Briggs, U. S. Atty., Rudy Hernandez, Asst. U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.

Before COLEMAN, SIMPSON and RONEY, Circuit Judges.

PER CURIAM:

Sometime during the night of January 8, 1969, $363,051.13 disappeared from the vaults of the Barnett Bank Facility at the United States Naval Air Station in Jacksonville, Florida. Most of the money was later recovered in San Antonio, Texas, and in Argentina.

Francis Xavier Kilday now appeals his conviction, after a jury trial, of violations of 18 U.S.C. § 2113(b), 18 U.S.C. § 2314, and 18 U.S.C. § 371, statutes dealing with theft from a federally insured bank, transportation of the proceeds of such a theft, and conspiracy in connection with such offenses. Kilday was sentenced to serve a maximum of ten years, with credit for nineteen months spent under incarceration in Argentina.

The evidence of guilt, except for the testimony of appellant's brother, John J.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Francis Xavier KILDAY, Defendant-Appellant.**

**No. 71-1195.**

United States Court of Appeals, Fifth Circuit.

June 28, 1971.

---

1. The decision below is reported as Otto v. Houston Belt & Terminal Railway Company, S.D.Tex.1970, 319 F.Supp. 262.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Kilday, directly implicating him, was altogether circumstantial. Since John Kilday at appellant's trial repudiated portions of his earlier statement to agents of the FBI as faction, appointed counsel for Kilday earnestly urges, in brief and on oral argument, that the evidence was insufficient to support the conviction.

Our appraisal of the record, however, is that there was proof which pointed inexorably to guilt, if the jury chose to believe it. The Jury so decided, and the judgment is

Affirmed.

---

Willie Reed **TAYLOR** et al., Plaintiffs-Appellees,

v.

The **COAHOMA COUNTY SCHOOL DIS-TRICT** et al., Defendants-Appellants.

No. 71–1435.

United States Court of Appeals,
Fifth Circuit.

June 16, 1971.

See also D.C., 330 F.Supp. 174.

---

William H. Maynard, William R. Bradley, Clarksdale, Miss., William A. Allain,

Asst. Atty. Gen., Jackson, Miss., for defendants-appellants.

Melvyn R. Leventhal, Fred L. Banks, Jackson, Miss., Michael B. Trister, Washington, D. C., Jack Greenberg, Norman Chachkin, New York City, for plaintiffs-appellees.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]

---

Alexander D. **McNABB**, Plaintiff-Appellant,

v.

Elliott L. **RICHARDSON**, Secretary of the Department of Health, Education and Welfare, Defendant-Appellee.

No. 71–1494
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 25, 1971.

Rehearing Denied July 16, 1971.

Alexander D. McNabb, pro. se.

Eldon B. Mahon, U. S. Atty., Dallas, Tex., Kathryn H. Baldwin, Appellate Section, Civil Div., Thomas J. Press, Attys., Dept. of Justice, Washington,

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.